NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POSCO,**
*Plaintiff*

v.

**UNITED STATES,**
*Defendant*

**STEEL DYNAMICS, INC., AK STEEL CORPORATION, ARCELORMITTAL USA LLC, UNITED STATES STEEL CORPORATION,**
*Intervenors-Defendants*

**NUCOR CORPORATION,**
*Intervenor-Defendant-Appellant*

--------------------------------------------------

**NUCOR CORPORATION,**
*Plaintiff-Appellant*

**AK STEEL CORPORATION, ARCELORMITTAL USA LLC, UNITED STATES STEEL CORPORATION,**
*Intervenors-Plaintiffs*

v.

**UNITED STATES,**
*Defendant-Appellee*

### HYUNDAI STEEL COMPANY, POSCO, GOVERNMENT OF KOREA,
*Intervenors-Defendants*

―――――――――――

2022-2130

―――――――――――

Appeal from the United States Court of International Trade in Nos. 1:16-cv-00227-JCG and 1:16-cv-00237-JCG, Judge Jennifer Choe-Groves.

―――――――――――

## O R D E R

Upon consideration of POSCO's non-participation and Nucor Corporation and the United States' joint stipulation to dismissal of this appeal with each party to bear its own costs,

IT IS ORDERED THAT:

(1)  The official caption is revised as in this order to reflect POSCO's non-participation in this appeal.

(2)  The stay is lifted, and the appeal is voluntarily dismissed.

POSCO v. US                                                                                    3

(3)  The parties shall bear their own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

<u>January 5, 2024</u>
Date

ISSUED AS A MANDATE:  <u>January 5, 2024</u>